UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE KAREN S. CRAWFORD TO MAGISTRATE JUDGE DANIEL E. BUTCHER | **TRANSFER ORDER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Karen S. Crawford to the calendar of the Honorable Daniel E. Butcher for further proceedings. All conferences or hearing dates previously set before Judge Crawford will remain as scheduled and will be held before Judge Butcher. All dates set before any district judge remain unchanged.

*Atherly v. Kernan*, 19cv2355-LAB(KSC)

*Beaver v. Omni*, 20cv191-AJB(KSC)

*Ewing v. U.S. Healthcare*, 19cv2292-LAB(KSC)

*Koengeter v. Saul*, 19cv2228-KSC

*Love v. Madden*, 20cv447-JLS(KSC)

1

1	*Moreno v. Paramo*, 19cv1014-CAB(KSC)

2	*PetConnect Rescue v. Salinas*, 20cv527-H(KSC)

3	*Rodriguez v. Specialized Loan Servicing*, 20cv692-JAH(KSC)

4	IT IS SO ORDERED.

5	Dated: June 9, 2020

*[signature]*

Hon. Karen S. Crawford
United States Magistrate Judge

14	**IT IS SO ORDERED.**

15	Dated: June 9, 2020

*[signature]*

Hon. Karen S. Crawford
United States Magistrate Judge

2